# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROGER DALE SALTER ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Criminal Action No. 15-163-KD-MU-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 17-007-KD |
| ) | |
| Respondent. ) | |

## ORDER

This action is before the Court on pro se Petitioner Roger Dale Salter's "Motion to Withdraw His 28 U.S.C. [§] 2255 Motion [to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody,]" (Doc. 52), and the Government's Response thereto. (Doc. 54). Previously, the Court afforded the Government an opportunity to respond to Salter's motion. See (Doc. 53). The Government, in response, states that it has no objection to dismissal of Salter's § 2255 petition.

Accordingly, Salter's motion (Doc. 52) is **GRANTED** and his Motion to Vacate Pursuant to 28 U.S.C. § 2255 is **DISMISSED**.

The Clerk shall mail Salter a copy of this Order.

**DONE** the 11th day of June 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**